# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br><br> *Plaintiff(s)* <br> v. <br> ELIZABETH HOLMES and THERANOS, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-cv-01602 EJD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attachment.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jessica W. Chan
Securities and Exchange Commission
44 Montgomery Street, 28th Floor
San Francisco, California 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 3/14/18

*Cindy Hernandez*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 18-cv-01602 EJD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

## Attachment to Summons in a Civil Action

Securities and Exchange Commission, Plaintiff
v.
ELIZABETH HOLMES and THERANOS, INC., Defendants.

To: *(Defendant's name and address)*

Elizabeth Holmes
c/o John C. Dwyer, Esq.
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

Theranos, Inc.
c/o Christopher Davies, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006