JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
  chanjes@sec.gov
RAHUL KOLHATKAR (Cal. Bar No. 261781)
  kolhatkarr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RAMESH "SUNNY" BALWANI<br><br>Defendants. | CASE NO. 18-CV-01602-EJD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

1 PLEASE TAKE NOTICE that as of April 4, 2018, Jason M. Habermeyer of the Securities and Exchange Commission at 44 Montgomery Street, Suite 2800, San Francisco, California 94104 will no longer be associated with the Commission and hereby withdraws as counsel of record. Mr. Habermeyer requests that he be removed from the case docket and the Notice of Electronic Filing as indicated on the docket as of the filing date of this Notice of Withdrawal.

Dated: March 29, 2018           Respectfully submitted,


/s/ Jason Habermeyer
JASON HABERMEYER
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION