# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH SUNNY BALWANI,<br><br>Defendant. | Case No. 18-cv-01603-BLF<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Edward J. Davila to determine whether it is related to *Securities and Exchange Commission v. Holmes, et al.*, Case No. 18-cv-1602-EJD.

**IT IS SO ORDERED.**

Dated: June 25, 2018

_____
BETH LABSON FREEMAN
United States District Judge